**No. 43550.**—Protests 966941–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the savings banks in question are similar to those the subject of Abstract 42749. The claim as hollow ware at 40 percent under paragraph 339 was therefore sustained.